UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JOEY S. GERALD,

    Plaintiff(s),

v.                                      Civil Number: 09-14763
                                            Judicial Officer: George Caram Steeh

FLINT COMMUNITY SCHOOL DISTRICT,
et al

    Defendant(s).
_____/

## ORDER ON APPLICATION FOR APPOINTMENT OF COUNSEL

Having considered the application for appointment of counsel; **IT IS ORDERED** that the application is:

☐    GRANTED.

X    DENIED, for the following reasons:

    No funds exist to compensate counsel in such a dispute.

                                            s/George Caram Steeh
                                            GEORGE CARAM STEEH
                                            UNITED STATES DISTRICT JUDGE

Dated: December 18, 2009

### CERTIFICATE OF SERVICE

Copies of this Order were served on the parties/attorneys of record on December 18, 2009 by electronic and/or ordinary mail.

                                            s/M. Beauchemin
                                            Deputy Clerk