UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOEY S. GERALD, Parent and Guardian
of A.G.,

       Plaintiff,

vs.

Case No. 09-cv-14763
HON. GEORGE CARAM STEEH

MARK WILLIAMS, *et al.*,

       Defendants.

_____/

## ORDER DISMISSING DEFENDANT MARK WILLIAMS

On March 10, 2011, the court entered an order for plaintiff to show cause why defendant Mark Williams had not been served with the summons and copy of the complaint in accordance with the Federal Rules of Civil Procedure. The March 10, 2011 order advised plaintiff that defendant Williams would be dismissed from this action if plaintiff failed to respond in writing, no later than March 22, 2011, and establish good cause for his failure to serve defendant Williams in accordance with the applicable rules. Plaintiff has failed to file any response to this court's March 10, 2011 order.

Accordingly,

Defendant Mark Williams is dismissed without prejudice.

SO ORDERED.

Dated: March 30, 2011

S/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
March 30, 2011, by electronic and/or ordinary mail and also to Joey Gerald at 202 E. York, Flint, MI 48505.

S/Josephine Chaffee
Deputy Clerk