UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOEY S. GERALD, Parent and Guardian
of A.G.,

        Plaintiff,

vs.

        Case No. 09-cv-14763
        HON. GEORGE CARAM STEEH

FLINT COMMUNITY SCHOOL DISTRICT,
FREDERICK WHITE, MARVIN NUNN, DERRICK
JOHNSON, FLINT POLICE DEPARTMENT, AND
OFFICER MARK WILLIAMS,

        Defendants.

_____/

## JUDGMENT

The above entitled matter has come before the court, and in accordance with the Order entered on March 10, 2011 dismissing defendants Flint Community School District, Frederick White, Marvin Nunn, Derrick Johnson, and the Flint Police Department; and the Order entered on this date dismissing defendant Mark Williams,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is hereby entered in favor of defendants and against plaintiff.

SO ORDERED.

        DAVID J. WEAVER
        CLERK OF THE COURT

        BY: s/Josephine Chaffee
            DEPUTY COURT CLERK

Dated: March 30, 2011